IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERT PITTS. JR.,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                  Case No. 13-cv-725-wmc

STATE OF WISCONSIN,
DONALD J, HASSIN, JR.,
DET. CRAIG DRUMMY, KEVIN M.
OSBORNE, JENNIFER BAGDONGS
and JORGE R. FRAGOSO,

        Defendants.

    This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the complaint filed by plaintiff Albert Pitts, Jr. without prejudice for want of prosecution.

| /s/ | 12/04/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |